**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | x | |
| SUSAN RICE, an individual; *et al.*, | : | CASE NO.:  2:10-cv-03711-LDW-ETB |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | **STIPULATION OF VOLUNTARY** |
| | : | **DISMISSAL WITH PREJUDICE** |
| NCO FINANCIAL SYSTEMS, INC., a | : | |
| Pennsylvania Corporation; *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | x | |

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Susan Rice and James Rice, Plaintiffs, hereby stipulate to and give notice of dismissal of the above-entitled and numbered action with prejudice.

**IT IS SO STIPULATED** this 9th Day of December 2010.

| | |
|---|---|
| *s/ William F. Horn* | *s/ Aaron R. Easley* |
| William F. Horn, Esq. | Aaron R. Easley, Esq. |
| LAW OFFICE OF WILLIAM F. HORN | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| 188-01B 71st Crescent | 200 Route 31 North, Suite 203 |
| Fresh Meadows, NY 11365 | Flemington, NJ  0882 |
| Telephone: (718) 785-0543 | Telephone: (908) 751-5940 |
| Facsimile:  (866) 596-9003 | Facsimile:  (908) 751-5944 |
| E-mail:  bill@wfhlegal.com | E-Mail: aeasley@sessions-law.biz |
| | |
| *One of the Attorneys for Plaintiffs, Susan* | *Attorneys for Defendant, NCO Financial* |
| *Rice, Debbie Felix, and Elizabeth Meloskie* | *Systems, Inc.* |

**IT IS SO ORDERED**:

Dated:

_____
HON. LEONARD D. WEXLER
Senior Judge, United States District Court.