UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------x

SUSAN RICE, an individual; *et al.*,

                Plaintiffs,

vs.

NCO FINANCIAL SYSTEMS, INC., a
Pennsylvania Corporation; *et al.*,

                Defendants.

---------------------------------x

CASE NO.: 2:10-cv-03711-LDW-ETB

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Susan Rice and James Rice, Plaintiffs, hereby stipulate to and give notice of dismissal of the above-entitled and numbered action with prejudice.

**IT IS SO STIPULATED** this 9th Day of December 2010.

*s/ William F. Horn*
William F. Horn, Esq.
LAW OFFICE OF WILLIAM F. HORN
188-01B 71st Crescent
Fresh Meadows, NY 11365
Telephone: (718) 785-0543
Facsimile: (866) 596-9003
E-mail: bill@wfhlegal.com

*One of the Attorneys for Plaintiffs, Susan Rice, Debbie Felix, and Elizabeth Meloskie*

*s/ Aaron R. Easley*
Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
200 Route 31 North, Suite 203
Flemington, NJ 0882
Telephone: (908) 751-5940
Facsimile: (908) 751-5944
E-Mail: aeasley@sessions-law.biz

*Attorneys for Defendant, NCO Financial Systems, Inc.*

**IT IS SO ORDERED:**

Dated: Central Islip, NY
12/16/10

HON. LEONARD D. WEXLER
Senior Judge, United States District Court.